1
2
3
4
5
6
7

8           **UNITED STATES DISTRICT COURT**

9           **SOUTHERN DISTRICT OF CALIFORNIA**

10

11   UNITED STATES OF AMERICA,                Criminal Case No. 11CR4503-H

12                        Plaintiff,          JUDGMENT AND ORDER OF
                                              DISMISSAL
13                  v.

14   TRAVIS YOST (2),

15                        Defendant.

16

17        GOOD CAUSE APPEARING and upon the motion of the Government, IT IS HEREBY

18   ORDERED that the Indictment in the above entitled case against defendant Travis Yost is

19   **dismissed without prejudice**. The defendant is hereby discharged and the bond in this case is

20   exonerated.

21        IT IS SO ORDERED.

22   DATED:  April 19, 2012

23        _____

24        MARILYN L. HUFF, District Judge
          UNITED STATES DISTRICT COURT

25

26

27

28